**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 26, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-20-00814-CV**

---

**AMERICAN LANES CORP, Appellant**

**V.**

**NEKETA FOOTS DOUGLAS, INDIVIDUALLY AND AS NEXT FRIEND OF XXXXXX DOUGLAS, A MINOR, AND AS REPRESENTATIVE OF THE ESTATE OF BRANDON DEPREE DOUGLAS, DECEASED, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-57881**

---

## MEMORANDUM  OPINION

This is an appeal from a judgment signed November 13, 2020. On January 13, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.